UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NYENEIME IBOK,                               :   Case No. 05-CV-6584 (GBD/GWG)
                                             :
                    Plaintiff,               :   **<u>ORDER</u>**
                                             :
        - against -.                         :
                                             :   USDC SDNY
SECURITIES INDUSTRY AUTOMATION               :   DOCUMENT
CORP. AND SECTOR INC.,                       :   ELECTRONICALLY FILED
                                             :   DOC #: _____
                    Defendants.              :   DATE FILED: 5/17/10
------------------------------------X

WHEREAS, Case No. 05-CV-6584 was filed on July 20, 2005 by Plaintiff Nyeneime Ibok, naming as defendants Louis Modano, Edward Szepanski, Ronald Perone, Jeffrey Simon, Richard Ward, Ralph Maldonado, SIAC-Sector Inc., New York Stock Exchange, John Thain, Dick Grasso, Robert Britz, and Fred Del Gaudio.

WHEREAS, by Opinion and Order, dated January 18, 2006, this Court dismissed the Complaint action as against Edward Szepanski, Ronald Perone, Jeffrey Simon, Richard Ward John Thain, Robert Britz, and Fred Del Gaudio.

WHEREAS, on May 17, 2006, Plaintiff filed a Verified Amended Complaint naming as defendants Securities Industry Automation Corp., Sector Inc., Lou Modano and Ralph Maldonado.

WHEREAS, on June 29, 2006, Plaintiff agreed to voluntarily and unconditionally dismiss all claims against Lou Modano and Ralph Maldonado with prejudice and without costs to either

party, thereby leaving Securities Industry Automation Corp. and Sector Inc. as the only named defendants in this action.

WHEREAS, NYSE Group, Inc., is the indirect successor-in-interest to named defendant Securities Industry Automation Corp.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that "NYSE GROUP, INC. as successor-in-interest to the SECURITIES INDUSTRY AUTOMATION CORP." shall be added to the caption of the instant case.

SO ORDERED this 17th day of
May, 2010

_____
HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge